UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: Gabriel Anderson and Faye Anderson, Debtors | CASE NO. 10-44880-399<br>Chapter 13 |
| Gabriel Anderson and, Faye Anderson, Plaintiffs, v. Fifth Third Bank, Defendants. | Adversary No. |

## SUMMARY OF EXHIBITS

EXHIBIT A: Appraisal of Debtors residence, commonly known as 26329 Trower Oaks Court, Wright City, MO 63390

EXHIBIT B: Deed of Trust, assigned to Chase Bank (First Mortgage)

EXHIBIT C: deed of Trust to Home Equity of America with Fifth Third Bank as the servicer

EXHIBIT D: Proof of Claim of Chase Home Finance, LLC

EXHIBIT E: Proof of Claim filed by Fifth Third Bank

EXHIBIT F: Missouri Secretary of State page showing a service address for Home Equity of America, Inc. with proper service the Missouri Secretary of State.

EXHIBIT G: Missouri Secretary of State page showing that CSC - Lawyers Incorporated Service Company, 221 Bolivar, Jefferson City, MO 65101 is the service address for Fifth Third Mortgage Company.

EXHIBIT H: Report on Home Equity of America showing the CEO as Kevin T. Kabat at 38 Fountain Sq. Plz., Cincinnati, OH 45202-3102

Respectfully Submitted
THE HEAGLER LAW FIRM

Date: 1/11/2011

/s/ Douglas M. Heagler
Douglas M. Heagler, #, #48952
Attorney for Debtor
901 Booneslick Rd.
St. Charles, MO 63301
Phone: (636) 278-2778
Fax: (866) 371-9155
Email: dheagler@freshstartbk.com