B 250B (Rev. 12/09)

# UNITED STATES BANKRUPTCY COURT

| EASTERN | DISTRICT OF | MISSOURI |
|---|---|---|

**In re**

Gabriel D. Anderson and Faye A. Anderson

**Debtor(s).**

Bankruptcy Case No.

10-44880-399

Gabriel D. Anderson and Faye A. Anderson

**Chapter 13**

v.

**Plaintiff(s).**

Fifth Third Bank

**Defendant(s).**

Adversary Proceeding No.

11-4010-399

All documents regarding this matter **must** be identified by **both** Adversary and Bankruptcy Case numbers

## SUMMONS AND NOTICE OF TRIAL
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| U.S. Bankruptcy Court, Eastern District of Missouri |
| 111 South Tenth Street, Fourth Floor |
| St. Louis, MO 63102 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Douglas M. Heagler |
| 6302 N. Rosebury, Suite W |
| Clayton, MO 63105 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom |
|---|---|
| United States Bankruptcy Court | 5 North |
| Thomas F. Eagleton Courthouse | Date and Time |
| 111 S. Tenth Street | March 23, 2011 |
| St. Louis, MO 63102 | 2:00 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dana C. McWay

*Clerk of the Bankruptcy Court*

January 14, 2011

*Date*

By: /s/ Wynne Marie Abernathy

*Deputy Clerk*

# CERTIFICATE OF SERVICE

I, _Douglas M. Heagler_____ , certify that service of this summons
            (name)
and a copy of the complaint was made _Jan 24, 2011___ by:
                                            (date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Home Equity of America, Inc     CSCT ℅ Fifth Third Bank
38 Fountain Square Plaza     221 Bolivar St.    38 Fountain Square Plaza
Cincinnati, OH 45263     Jefferson City, MO   Cincinnati, OH 45263
                              63105

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
addressed to the following officer of the defendant at:   Kevin Kabat
                                                          CEO Fifth Third
                                                          38 Fountain Square Plaza
                                                          Cincinnati, OH  45263

☐ State Law: The defendant was served pursuant to the laws of the State of _____ ,
as follows: [Describe briefly]                                              (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_1/24/204_____          _____
        Date                              Signature

| Print Name | | |
| Douglas M. Heagler | | |
| Business Address | | |
| 901 Boonslick | | |
| City Saint Charles | State Missouri | Zip 63301 |